**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Alejandro Pedro CONTRERAS, et al., Defendant—Appellant.**

No. 04–50209.

United States Court of Appeals, Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

Tracy L. Wilkison, Esq., Office of the U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Michael Ian Garey, Esq., Santa Ana, CA, for Defendant–Appellant.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Alejandro Pedro Contreras appeals from the 121–month sentence imposed following his guilty plea to conspiracy to distribute and possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 846 and 841(a)(1). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We vacate appellant's sentence and remand to the district court for resentencing

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

consistent with *United States v. Booker*, 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

**VACATED and REMANDED.**

courts of this circuit except as provided by 9th Cir. R. 36–3.

